UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-cr-00163-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDDIE DESMOND WILLIAMS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 107 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed document to the United States Attorney and Defendant's attorney.

This the 20 day of April, 2012.

Terrence W. Boyle
United States District Judge